UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61694-CIV-COHN/SELTZER



UNITED STATES OF AMERCA,

    Plaintiff,

v.

ROSETTA BRYSON,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** having come before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendant, Rosetta Bryson [DE 8], and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant, Rosetta Bryson, upon the Complaint herein. It is further

**ORDERED AND ADJUDGED** that Plaintiff recover of the defendant, Rosetta Bryson, the sum of $2,643.35, consisting of $1,700.00 in unpaid principal, plus the amount of $943.35 in interest accrued through March 19, 2008, in accordance with the supporting documentation attached as Exhibit "A" to Plaintiff's Motion for Entry of

Default Final Judgment, together with the sum of $175.00 in taxed costs, for which let execution issue. It is further

**ORDERED AND ADJUDGED** that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §2001, et seq., 28 U.S.C. §3001-3307, and Rule 69(a), Federal Rules of Civil Procedure. It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 19TH day of March, 2008.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided to:

Steven M. Davis, Esq.(Two Certified Copies)

Rosetta Bryson
1109 N.W. 7th Avenue
Fort Lauderdale, FL 33311